# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-2295
(1:20-CV-00891-LKG)

**GROUP HOME ON GIBSON ISLAND, LLC; ASSISTED LIVING WELL COMPASSIONATE CARE 2, LLC**

    Plaintiffs - Appellants

v.

**GIBSON ISLAND CORPORATION**

    Defendant - Appellee

## CONSENT MOTION TO USE DEFERRED JOINT APPENDIX

Appellants Group Home on Gibson Island, LLC and Assisted Living Well Compassionate Care 2, LLC (collectively, "Appellants"), by their undersigned counsel, and with Appellee's consent, respectfully request the Court approve the use of the deferred joint appendix procedures of Fed. R. App. P. 30(c):

    1.    In this appeal from the district court's order granting summary judgment, the exhibits to the parties' cross-motions total over 4,000 pages.

2. It is anticipated that the parties will cite only a fraction of those pages, but it is difficult to avoid over-designation before the parties file their principal briefs.

3. Additionally, some of the deposition transcript pages were filed in the district court in "minu-script" form, which may require significant technical work before filing the Joint Appendix.

4. Employing the deferred joint appendix procedures of Fed. R. App. P. 30(c) would mitigate both issues and keep briefing on track.

5. Appellants propose the following schedule:

| | |
|---|---|
| Appellants' Page-Proof Opening Brief: | March 19, 2024 |
| Appellees' Page-Proof Response Brief: | April 18, 2024 |
| Appellants' Reply Brief | May 9, 2024 |
| Joint Appendix | May 9, 2024 |
| Appellants' Final Opening Brief | May 23, 2024 |
| Appellees' Final Response Brief | May 23, 2024 |

6. Prior to filing this Motion, Appellants' counsel conferred with Appellee's counsel who advised that they consent to the relief requested..

WHEREFORE, Appellants respectfully request that this Court approve the use of a deferred joint appendix, using the schedule set forth above.

Dated: March 6, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Steven M. Klepper*
　　　　　　　　　　　　　　　Steven M. Klepper
　　　　　　　　　　　　　　　Geoffrey H. Genth
　　　　　　　　　　　　　　　Justin A. Redd
　　　　　　　　　　　　　　　KRAMON & GRAHAM, P.A.
　　　　　　　　　　　　　　　One South Street, Suite 2600
　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　Telephone: (410) 752-6030
　　　　　　　　　　　　　　　Facsimile: (410) 539-1269
　　　　　　　　　　　　　　　sklepper@kg-law.com
　　　　　　　　　　　　　　　ggenth@kg-law.com
　　　　　　　　　　　　　　　jredd@kg-law.com

　　　　　　　　　　　　　　　*/s/ Matthew D. Skipper*
　　　　　　　　　　　　　　　Matthew D. Skipper
　　　　　　　　　　　　　　　Jeffrey A. Kahntroff
　　　　　　　　　　　　　　　SKIPPER LAW, LLC
　　　　　　　　　　　　　　　2127 Espey Court, Suite 100
　　　　　　　　　　　　　　　Crofton, Maryland 21114
　　　　　　　　　　　　　　　Telephone: (410) 919-2121
　　　　　　　　　　　　　　　Facsimile: (410) 919-2111
　　　　　　　　　　　　　　　matt@skipperlawllc.com
　　　　　　　　　　　　　　　jeff@skipperlawllc.com

　　　　　　　　　　　　　　　*Counsel for Appellants Group Home on Gibson Island, LLC and Assisted Living Well Compassionate Care 2, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2024, a copy of the foregoing paper was served by CM/ECF on all counsel of record.

　　　　　　　　　　　　　　　*/s/ Steven M. Klepper*
　　　　　　　　　　　　　　　Steven M. Klepper