UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2295
(1:20-cv-00891-LKG)

_____

GROUP HOME ON GIBSON ISLAND, LLC; ASSISTED LIVING WELL
COMPASSIONATE CARE 2, LLC

        Plaintiffs - Appellants

v.

GIBSON ISLAND CORPORATION

        Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a

deferred joint appendix pursuant to Rule 30(c) of the Federal Rules of Appellate

Procedure, the court grants the motion. The clerk shall adopt the schedule as

proposed by the parties.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk